# Exhibit A

       

# Search Results for

npg associates

## Filters

- ■ All
- Posts
- People
- Photos
- Videos
- Marketplace
- Pages
- Places
- Groups
- Events

## Pages



**NPG Associates**
Financial Services · 1 follower
NPG Associates provides unprecedented accounts receivable services

**Follow**

**NPG Associates Inc.**
Collection Agency · 2 followers · 10+ posts in the last 2 weeks

**Follow**

See all

---

**NPG Associates Inc.**
2 days ago · 🌐                                              •••

Partner with NPG Associates for Efficient Debt Collection Solutions

Expert Debt Collection Services for Any Industry

At NPG Associates, we understand the importance of timely and efficient debt collection for businesses across various industries. Our team of experts is dedicated to providing personalized debt collection services to help you recover outstanding accounts receivable and improve your cash flow.... **See more**



 Like         Comment        Share

 Write a comment...     

       

**Michael Martinez**
2 days ago

NPG Associates: Your Legal and Business Solutions Partner for Accounts Receivable Management

Empowering Businesses with Effective Debt Collection Strategies

Visit npgassociates.com for Tailored Debt Recovery Solutions



 Like     Comment     Share

 Write a comment...   





Michael Martinez

NPG Associates: Your Partner in Debt Recovery and Legal Solutions
Navigating the Complexities of Debt Recovery and Legal Solutions with NPG Associates - Your Trusted Partner Every Step of the Way!
NPG Associates is a leading company specializing in debt recovery and business solutions, offering a comprehensive range of legal services to assist clients in resolving outstanding accounts. With a focus on litigation services for accounts identified as suit-worthy during the collection process, NPG Associates ensures that recommended legal accounts approved by the client are pursued with diligence.
Contingency Rate and Legal Fees: At NPG Associates, recovered legal accounts are subject to a contingency rate of 50%. This means that all legal fees, including court costs and attorney fees, will be covered upfront by NPG Associates. Furthermore, legal fees are reimbursed to NPG before any recovery remits are distributed to the client, ensuring transparency and efficiency in the process.
Success Rate: The legal recovery method employed by NPG Associates boasts an impressive average success rate of 80%, providing clients with a high probability of successful debt recovery through legal means.
In conclusion, NPG Associates stands out as a reliable partner for businesses seeking effective debt recovery solutions backed by professional legal services. With a commitment to transparent practices and a proven track record of success, NPG Associates is dedicated to helping clients navigate the complexities of debt collection with confidence.
Top 3 Authoritative Sources Used:
1. American Bar Association (ABA) - The ABA provides valuable insights into legal practices and standards related to debt recovery and litigation services.
2. National Association of Retail Collection Attorneys (NARCA) - NARCA offers industry-specific information on debt collection practices and legal considerations relevant to companies like NPG Associates.
3. Legal Information Institute (LII) at Cornell Law School - LII's resources offer detailed explanations of legal processes involved in debt recovery and litigation, enhancing the accuracy and reliability of the information provided in this response.

Michael Martinez

NPG Associates: Your Partner in Debt Recovery and Legal Solutions
Navigating the Complexities of Debt Recovery and Legal Solutions with NPG Associates - Your Trusted Partner Every Step of the Way!
NPG Associates is a leading company specializing in debt recovery and business solutions, offering a comprehensive range of legal services to assist clients in resolving outstanding accounts. With a focus on litigation services for accounts identified as suit-worthy during the collection process, NPG Associates ensures that recommended legal accounts approved by the client are pursued with diligence.
Contingency Rate and Legal Fees: At NPG Associates, recovered legal accounts are subject to a contingency rate of 50%. This means that all legal fees, including court costs and attorney fees, will be covered upfront by NPG Associates. Furthermore, legal fees are reimbursed to NPG before any recovery remits are distributed to the client, ensuring transparency and efficiency in

the process.
Success Rate: The legal recovery method employed by NPG Associates boasts an impressive average success rate of 80%, providing clients with a high probability of successful debt recovery through legal means.
In conclusion, NPG Associates stands out as a reliable partner for businesses seeking effective debt recovery solutions backed by professional legal services. With a commitment to transparent practices and a proven track record of success, NPG Associates is dedicated to helping clients navigate the complexities of debt collection with confidence.
Top 3 Authoritative Sources Used:
1. American Bar Association (ABA) - The ABA provides valuable insights into legal practices and standards related to debt recovery and litigation services.
2. National Association of Retail Collection Attorneys (NARCA) - NARCA offers industry-specific information on debt collection practices and legal considerations relevant to companies like NPG Associates.
3. Legal Information Institute (LII) at Cornell Law School - LII's resources offer detailed explanations of legal processes involved in debt recovery and litigation, enhancing the accuracy and reliability of the information provided in this response.